IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

VANESSA SUTTON,

    Plaintiff,

v.

WAL-MART STORES, INC.,                  CIVIL DIVISION

    Defendant.                                  CASE NO.: 50-2020-CA-014681-XXXX-MB
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **VANESSA SUTTON**, by and through the undersigned counsel, hereby sues the Defendant, **WAL-MART STORES, INC.** and alleges:

### JURISDICTION

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

### PARTIES

2. At all times material hereto, the Plaintiff, **VANESSA SUTTON**, was and is a resident of Palm Beach County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **WAL-MART STORES, INC.**, was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in West Palm Beach, Palm Beach County, Florida.

### VENUE

4. Venue is proper in this County in that the Defendant does business in Palm Beach County, Florida, and/or all of the acts complained of herein occurred in Palm Beach County, Florida.

# EXHIBIT A

## GENERAL ALLEGATIONS

5. That on or about August 23, 2018, the Plaintiff, **VANESSA SUTTON**, was a business invitee of the Defendant, **WAL-MART STORES, INC.**'s premises located at 4225 45th Street, West Palm Beach, FL 33407.

### COUNT I - NEGLIGENCE CLAIM AGAINST WAL-MART STORES, INC.

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on August 23, 2018, Defendant, **WAL-MART STORES, INC.**, owned, managed, controlled, operated, and/or maintained the premises located at 4225 45th Street, West Palm Beach, FL 33407, in Palm Beach County.

7. That on or about August 23, 2018, the Plaintiff, **VANESSA SUTTON**, was lawfully in Defendant, **WAL-MART STORES, INC.**'s premises, when she slipped and fell on an unknown liquid and/or food-like substance, believed to be water and/or juice from a grape(s) and/or a grape(s) causing her to fall and sustain serious and permanent injuries.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and/or grape juice and/or other substances, such as a grape, to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

   b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

      c.    Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

      d.    By failing to remove said liquid and/or gape(s) and/or other similar substance from the floor of the premises; and/or

      e.    By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

      f.    Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a liquid and/or a grape(s) and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10.    That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11.    That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12.    As a direct and proximate result of the aforementioned negligence of the Defendant, **WAL-MART STORES, INC.**, the Plaintiff, **VANESSA SUTTON**, slipped on a liquid substance and/or a similar substance and/or a grape(s) that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of

life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **VANESSA SUTTON** will suffer the losses into the future.

WHEREFORE, Plaintiff, **VANESSA SUTTON**, hereby demands judgment for damages, costs and interest from the Defendant, **WAL-MART STORES, INC.,** together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff, **VANESSA SUTTON,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: <u>December 28, 2020</u>

                                        **RUBENSTEIN LAW, P.A.**
                                        Attorneys for Plaintiff
                                        250 S. Australian Ave
                                        Suite 1000
                                        West Palm Beach, FL 33401
                                        Phone: (305) 661-6000
                                        Fax: (305) 670-7555
                                        Email: aaron@rubensteinlaw.com
                                                      crencurrell@rubensteinlaw.com
                                                      eservice@rubensteinlaw.com

                                By:     /s/ *Aaron Feuer*
                                             **AARON FEUER**
                                             Florida Bar No.: 100542