UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-80646-CV-MIDDLEBROOKS

VANESSA SUTTON,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

### FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order on Motion for Summary Judgment (DE 54). Consistent with that Order, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final Judgment is **ENTERED** against Plaintiff Vanessa Sutton and in favor of Defendant Wal-Mart Stores, East, LP.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) Any pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of December, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record